Entered on Docket July 30, 2025

**Below is the Judgment of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE HAKE,<br><br>                Debtor. | Bankr. No. 25−10580−TWD |
| ASHLEY MARIE HAKE,<br><br>                Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                Defendant. | Adv. Proc. No. 25−01035−TWD<br><br>**EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT** |

      Plaintiff Ashley Marie Hake and Defendant U.S. Department of Education (ED) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff Ashley Marie Hake is entitled to a declaration that her student loan debt held by ED, as described in Exhibit A to the Joint Motion (the Debt), is dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE
PLAINTIFF'S STUDENT LOAN DEBT
(A25−01035−TWD) − 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 25-01035-TWD    Doc 11    Filed 07/30/25    Ent. 07/30/25 10:31:09    Pg. 1 of 2

Accordingly, the Court GRANTS the Joint Motion and enters the following Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3. Because Plaintiff received her Chapter 7 discharge under 11 U.S.C. § 727 in Case No. 25-10580-TWD, the Debt shall be included within such discharge.

4. Plaintiff and ED shall bear their own costs and attorney fees related to this action.

/// END OF ORDER ///

Jointly presented by:

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Email: kyle.forsyth@usdoj.gov

*Attorneys for United States of America*

and

ASHLEY MARIE HAKE
101 Taylor Ave N, Unit 517
Seattle, WA 98109

*Pro Se Plaintiff*

EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE
PLAINTIFF'S STUDENT LOAN DEBT
(A25-01035-TWD) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206-553-7970

Case 25-01035-TWD    Doc 11    Filed 07/30/25    Ent. 07/30/25 10:31:09    Pg. 2 of 2